# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### 519 HUGO L. BLACK UNITED STATES COURTHOUSE
### BIRMINGHAM, ALABAMA 35203
### (205) 278-1850



CHAMBERS OF
## U. W. CLEMON
### CHIEF JUDGE

August 19, 2004

Judge Mary M. Lisi, Chair
Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Amended 3004 Disclosure Report

Dear Judge Lisi:

    In compliance with your letter of July 21, 2004, I enclose herewith three copies of my Amended 2003 Financial Disclosure Report.

    Thank you for your cooperation.

Very truly yours,



U.W. Clemon

RECEIVED
Aug 26  10 55 AM '04
FINANCIAL
DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Clemon, U.W. | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Westhampton Square Ltd Partnership | A | None | L | W | | | | | |
| 2. U.S. Govt' Savings Bond | A | Interest | J | T | buy,sell | mnthy | J | A | |
| 3. Jefferson County Teachers Credit Union | A | Interest | J | T | | | | | |
| 4. Franklin Value Mark II Mutual Fund | A | Dividend | J | T | | | | | |
| 5. Franklin U.S. Govt' Mutual Fund | A | Dividend | J | T | | | | | |
| 6. Franklin Zero Coupon Fund Mutual Fund | A | Dividend | J | T | | | | | |
| 7. Franklin Growth and Income Mutual Fund | A | Dividend | J | T | | | | | |
| 8. Franklin Income Securities Mutual Fund | A | Dividend | J | T | | | | | |
| 9. Franklin Global Comm Securities Mutual Fund | A | Dividend | J | T | | | | | |
| 10. Dell Computer common stock | A | Dividend | | | sell | 1/9 | J | D | |
| 11. Gertie Moore's Mortgage*Note-real estate, LA, CA. | | | K | W | | | | | |
| 12. AIM Constellation Fund | B | Dividend | | | sell | | J | D | |
| 13. Harry Wells Estate | C | tort claims | J | T | Distribution | 4/7 | J | | Harriett Home |

CERTIFIED this ___19th___ day of August, 2004.

U.W. Clemon

DISCLOSURE FINANCIAL OFFICE

Aug 20 10 55 AM '04

RECEIVED

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Clemon, U.W. | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Westhampton Square Ltd Partnership | A | None | L | W | | | | | |
| 2. U.S. Govt' Savings Bond | A | Interest | J | T | buy,sell | mnthy | J | A | |
| 3. Jefferson County Teachers Credit Union | A | Interest | J | T | | | | | |
| 4. Franklin Value Mark II Mutual Fund | A | Dividend | J | T | | | | | |
| 5. Franklin U.S. Govt' Mutual Fund | A | Dividend | J | T | | | | | |
| 6. Franklin Zero Coupon Fund Mutual Fund | A | Dividend | J | T | | | | | |
| 7. Franklin Growth and Income Mutual Fund | A | Dividend | J | T | | | | | |
| 8. Franklin Income Securities Mutual Fund | A | Dividend | J | T | | | | | |
| 9. Franklin Global Comm Securities Mutual Fund | A | Dividend | J | T | | | | | |
| 10. Dell Computer common stock | A | Dividend | | | sell | 1/9 | J | D | |
| 11. Gertie Moore's Mortgage*Note-real estate, LA, CA. | | | K | W | | | | | |
| 12. AIM Constellation Fund | B | Dividend | | | sell | 1/9 | J | D | |
| 13. Harry Wells Estate | C | tort claims | J | T | Distribution | 4/7 | J | | Harriett Home |

CERTIFIED this ___19th___ day of August, 2004.



U.W. Clemon

1. Income/Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000
(See Columns B1 and D4); F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000
(See Columns C1 and D3); N = $250,000-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000; P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market
U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Clemon, U.W. | | 5/7/2004 |

## VII. INVESTMENTS and TRUST — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Westhampton Square Ltd Partnership | A | None | L | W | | | | | |
| 2. U.S. Govt' Savings Bond | A | Interest | J | T | buy,sell | mnthy | J | A | |
| 3. Jefferson County Teachers Credit Union | A | Interest | J | T | | | | | |
| 4. Franklin Value Mark II Mutual Fund | A | Dividend | J | T | | | | | |
| 5. Franklin U.S. Govt' Mutual Fund | A | Dividend | J | T | | | | | |
| 6. Franklin Zero Coupon Fund Mutual Fund | A | Dividend | J | T | | | | | |
| 7. Franklin Growth and Income Mutual Fund | A | Dividend | J | T | | | | | |
| 8. Franklin Income Securities Mutual Fund | A | Dividend | J | T | | | | | |
| 9. Franklin Global Comm Securities Mutual Fund | A | Dividend | J | T | | | | | |
| 10. Dell Computer common stock | A | Dividend | | | sell | 1/9 | J | D | |
| 11. Gertie Moore's Mortgage Note-real estate, LA, CA. | | | K | W | | | | | |
| 12. AIM Constellation Fund | B | Dividend | | | sell | 1/9 | J | D | |
| 13. Harry Wells Estate | C | tort claims | J | T | Distribution | 4/7 | J | 0 | Harriett Horne |

CERTIFIED this _____ 19th day of August, 2004.



U.W. Clemon

Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
    U = Book Value    V = Other    W = Estimated

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Clemon, U.W. | 2. Court or Organization N.D. of Alabama | 3. Date of Report 5/7/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Chief U.S. District Judge | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 1729 - 5th Ave., No., Ste 882 Birmingham, AL 35203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors | Birmingham Civil Rights Institute |
| 2. Member, Board of Directors | Miles College Law School |
| 3. Member, Board of Directors | Leadership Birmingham |
| 4. Executor | Estate of Harry Wells, Deceased |
| 5. Member, Board of Directors | Operation New Birmingham |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | University of South Dakota Law School | February 23-25-Lecture (travel, lodging, food) |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Clemon, U.W. | 5/7/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Brenda Collins and Raymond Collins | Cruise | $1,500 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express Company | revolving account | K |
| 2. | Washington Mutual | mortgage | L |
| 3. | Richard Arrington, Jr. | note | J |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Westhampton Square Ltd Partnership | A | None | L | W | | | | | |
| 2. U.S. Govt' Savings Bond | A | Interest | J | T | buy,sell | mnthy | J | A | |
| 3. Jefferson County Teachers Credit Union | A | Interest | J | T | | | | | |
| 4. Franklin Value Mark II Mutual Fund | A | Dividend | J | T | | | | | |
| 5. Franklin U.S. Govt' Mutual Fund | A | Dividend | J | T | | | | | |
| 6. Franklin Zero Coupon Fund Mutual Fund | A | Dividend | J | T | | | | | |
| 7. Franklin Growth and Income Mutual Fund | A | Dividend | J | T | | | | | |
| 8. Franklin Income Securities Mutual Fund | A | Dividend | J | T | | | | | |
| 9. Franklin Global Comm Securities Mutual Fund | A | Dividend | J | T | | | | | |
| 10. Dell Computer common stock | A | Dividend | J | T | sell | 1/9 | J | D | |
| 11. Gertie Moore's Mortgage*Note-real estate, LA, CA. | | | K | W | | | | | |
| 12. AIM Constellation Fund | B | Dividend | J | T | sell | 1/9 | J | D | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Clemon, U.W. | 5/7/2004 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

The Gertie Moore mortgage was executed in 1991 and renewed in 1995.  I have not received income from the note.  My note is subordinate to the first mortgage held by Washington Mutual. I am liable to Washington Mutual on the first mortgage, as reflected in Section VI, Line 2.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____     Date____5/7/04_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544